**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

NORTH ATLANTIC ENERGY SERVICE CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-1488C
Chief Judge Damich

**JOINT STATUS REPORT**

Pursuant to this Court's order of July 1, 2003, Plaintiff and the Government jointly submit this status report.

On May 16, 2003, the Government filed in this proceeding a Motion to Dismiss Plaintiff's complaint. On June 12, 2003, this Court granted Plaintiff's Unopposed Motion for Enlargement of Time within which to respond to the Government's Motion to Dismiss, permitting Plaintiff to file its response on or before July 3, 2003. Plaintiff had not filed its response when the case was stayed on July 1, 2003, pending a decision by the U. S. Court of Appeals for the Federal Circuit in an indirectly-related case (*Florida Power & Light Co., et al. v. United States,* No. 96-644C). On June 15, 2004, the Federal Circuit issued its decision in *Florida Power & Light Co.* and vacated and remanded the case to the Court of Federal Claims (Judge Miller). The mandate has not yet issued from the Federal Circuit.

The parties believe that the stay currently in effect should continue as *Florida Power & Light Co.* raises some of the same questions of fact and law that may be addressed in this case. Moreover, the Government is considering filing a petition for panel rehearing or a petition for

rehearing en banc. Such a petition is due forty-five days after entry of the Federal Circuit's judgment, or July 30, 2004. Fed. R. App. P. 40(a)(1). Accordingly, in the interest of conserving the resources of the parties and the Court, the parties believe that the stay in this case should continue, that no further briefs or motions be filed, and that the parties be required to file a status report as to how they intend to proceed on the earlier of (a) sixty days after the entry of a judgment by Judge Miller in *Florida Power & Light Co.* or (b) December 13, 2004, which is six months after entry of the Federal Circuit's judgment.

Dated: June 29, 2004

Respectfully submitted,

S/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
ALEX D. TOMASZCZUK
SHAW PITTMAN
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: 703.770.7940
Fax: 703.770.7901

Attorney of Record for Plaintiff

*Of Counsel for Plaintiff*:
John H. O'Neill, Jr.
Michael G. Lepre
Daniel S. Herzfeld
SHAW PITTMAN
2300 N Street, N.W.
Washington, D.C. 20037

ROBERT D. MCCALLUM, JR.,
Assistant Attorney General

J. CHRISTOPHER KOHN,
Director

s/ James G. Bruen, Jr. by s/ Daniel S. Herzfeld
JAMES G. BRUEN, Jr.,
Special Litigation Counsel
Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: 202.307.0493
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585