ORIGINAL

# In the United States Court of Federal Claims

No. 02-1488C
(Filed: August 16, 2003)

FILED
AUG 1 6 2004
U.S. COURT OF FEDERAL CLAIMS

**********************************

**NORTH ATLANTIC ENERGY SERVICE CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**********************************

## ORDER

In response to the parties' Joint Status Report of June 29, 2004, the stay in this case is continued until the earlier of (a) December 13, 2004, or (b) 30 days after final judgment is issued by Judge Christine Miller in *Florida Power & Light v. United States* (CFC No. 96-644C).

The parties shall file a status report in this case either by December 3, 2004 or within 10 days of a ruling by Judge Miller in *Florida Power & Light v. United States*, whichever occurs earlier.

EDWARD J. DAMICH
Chief Judge