# In the United States Court of Federal Claims

FILED
SEP 20 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FLORIDA POWER & LIGHT CO., *et al.*,** *

Plaintiffs, *

v. * No. 96-644C

**THE UNITED STATES,** * (Filed Sept. 20, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held on September 17, 2004,

**IT IS ORDERED**, as follows:

1. By November 5, 2004, defendant shall submit its brief setting forth its calculations with respect to the price per SWU that would have occurred but for the enactment of EPACT. In doing so, defendant shall identify, by witness name, transcript page number, and exhibit number, the numeric or other references from the trial transcript that support each element of the costs. Defendant may utilize a FREE-run format. Defendant's calculations shall remove all the four challenged (unless defendant continues to contend that imputed interest on GECP is includible) cost categories (it has been found that costs related to high-assay uranium were not included, so they will not be "removed," as such). Defendant shall demonstrate how it amortizes the net, or appropriate costs, *i.e.*, the actual costs of providing enrichment services, over a reasonable period of time, which shall be twelve years. If defendant is unwilling to remove the imputed interest or stipulate to twelve years as the reasonable period of time, the parties shall submit a schedule for trying either or both issues and any issue related to interest. Defendant's brief should address plaintiffs' claim for interest per the contract.

2. By December 9, 2004, plaintiffs shall file their responsive brief in a format that corresponds to defendant's, stating the basis for any disagreement, with citations to the record of trial consistent with ¶ 1 hereof.

3. By January 8, 2005, the parties shall file reply briefs.

4. A copy of this order was transmitted to counsel this date by facsimile transmission.

Christine O. C. Miller

**Christine Odell Cook Miller**
Judge