# In the United States Court of Federal Claims

No. 02-1488C
(Filed: January 6, 2005)

| | |
|---|---|
| ********************************** | |
| | * |
| **NORTH ATLANTIC ENERGY SERVICE CORPORATION,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**ORDER**

In response to the parties' Joint Status Report of December 3, 2004, the stay in this case is continued until the earlier of: (a) April 13, 2005; or (b) 30 days after final judgment is issued by Judge Christine O.C. Miller in *Florida Power & Light v. United States* (CFC No. 96-644C).

The parties shall file a status report in this case within 10 days of a ruling by Judge Miller in *Florida Power & Light,* but no later than April 4, 2005. The status report shall specify the issues that remain in this case in light of Judge Miller's decision.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge