**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on April 15, 2005)

| | |
|---|---|
| NORTH ATLANTIC ENERGY SERVICE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1488C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's January 6, 2005 Order, Plaintiff and Defendant jointly file this status report.

This case has remained stayed pending the outcome of the *Florida Power & Light Co., et al. v. United States,* No. 96-644C. In their December 3, 2004 joint status report, the parties informed the Court that Judge Miller had ordered a briefing schedule in *Florida Power*. Since that time, the parties completed some briefing in *Florida Power*, but more recently have engaged in mediation proceedings in an effort to resolve the disputes in *Florida Power* and, among other cases, this one without further litigation. Thus, this case is subject to on-going mediation proceedings in conjunction with those of *Florida Power*. *See Florida Power*, Protective Order at 1 (Mar. 30, 2005) ("The parties have agreed to engage in voluntary mediation in an effort to resolve this case and others between them.") (Attachment 1).

In the interests of conserving the resources of the parties and the Court, the parties propose to file a joint status report in this case within thirty days of the completion of mediation

proceedings. The parties further propose that the stay in this case remain in effect until ten days after the filing of the post-mediation status report referenced above.

Dated: April 15, 2005

Respectfully submitted,

s/Alex D. Tomaszczuk by s/Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff

*Of Counsel for Plaintiff*:

John H. O'Neill, Jr.
Michael G. Lepre
Daniel S. Herzfeld
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

ROBERT D. MCCALLUM, JR.,
Assistant Attorney General
J. CHRISTOPHER KOHN,
Director

s/ James G. Bruen, Jr. by s/ Daniel S. Herzfeld
JAMES G. BRUEN, Jr.,
Special Litigation Counsel
Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: 202.307.0493
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Document #: 1321284 v.1