# In the United States Court of Federal Claims

No. 02-1488C
(Filed: May 11, 2005)

**********************************

**NORTH ATLANTIC ENERGY SERVICE CORPORATION,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**********************************

**ORDER**

In a Joint Status Report filed on April 26, 2005, the parties indicated that mediation proceedings were ongoing in the case of *Florida Power & Light v. United States* (CFC No. 96-644C). This case is currently stayed pending a final outcome in that case. Therefore, the stay in this case is continued until the earlier of: (a) September 1, 2005; or (b) 30 days after final judgment is issued by Judge Christine O.C. Miller in *Florida Power & Light.*

The parties shall file a joint status report in this case within 10 days of the earlier of: (1) the conclusion of mediation proceedings in the *Florida Power & Light* case; or (2) any ruling by Judge Miller in *Florida Power & Light,* but no later than **August 1, 2005.** The status report shall specify the issues that remain in this case in light of the mediation proceedings, or Judge Miller's decision in *Florida Power & Light*.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge