**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NORTH ATLANTIC ENERGY SERVICE CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1488C<br>Chief Judge Damich |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the Plaintiff hereby dismisses this action, with prejudice, by stipulation of the parties.

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
ALEX D. TOMASZCZUK
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: 703.770.7940
Fax: 703.770.7901
Attorney of Record for Plaintiff

*Of Counsel for Plaintiff*:
John H. O'Neill, Jr.
Michael G. Lepre
Daniel S. Herzfeld
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037

PETER D. KEISLER,
Assistant Attorney General

J. CHRISTOPHER KOHN,
Director

s/ James G. Bruen, Jr. by s/ Daniel S. Herzfeld
JAMES G. BRUEN, JR.,
Special Litigation Counsel
Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202.307.0493
Fax: 202.307.0494
Attorneys for Defendant

*Of Counsel for Defendant:*
Matthew J. Troy
Commercial Litigation Branch
Civil Division
Department of Justice

Marc E. Kasischke
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Dated: August 12, 2005